# EXHIBIT A

**From:** Jeff Shrader <jeff.shrader@sprouselaw.com>
**Sent:** Thursday, October 2, 2014 6:19 PM
**To:** Twait, Jeff <Jeff.Twait@goHastings.com>
**Subject:** RE: MovieStop docs

Alan and I had the same conversations. I suspect we will soon be asked to purchase more inventory. Alan I discussed the fact that we make sure our availability does not become compromised as a result of any purchases we make. I think it's going to be an interesting ride. Best regards, Jeff

**Jeffrey G. Shrader**
**Sprouse Shrader Smith PLLC**
701 S. Taylor, Suite 500
P. O. Box 15008 (79105-5008)
Amarillo, Texas  79101
806.468.3305
806.373.3454 (fax)
jeff.shrader@sprouselaw.com

**CONFIDENTIALITY NOTICE**
This transmission and the accompanying documents or attachments contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named as recipient above, and may contain attorney-client communications. If you are not the intended recipient or have received this transmission in error, please reply to the sender and destroy all copies of the transmission. If you are unable to reply via e-mail, please contact Sprouse Shrader Smith P.C. at (806) 468-3300. Any disclosure, copying, distribution or taking of action in reliance on the contents of this transmission by unintended recipients is strictly prohibited, and may violate federal law.

**From:** Twait, Jeff [mailto:Jeff.Twait@goHastings.com]
**Sent:** Thursday, October 02, 2014 4:35 PM
**To:** Jeff Shrader
**Subject:** RE: MovieStop docs

There certainly is. Sounds like Joel still wants to push ahead with Draw Another Circle as the purchaser on the LOI and ask for a waiver on the BofA/Pathlight clause later. He wants MovieStop to be the guarantor or backer of LC's for the GameStop leases. Alan and I are guessing that Hastings is going to be funding this in some capacity, be it another inventory purchase of sorts or some other avenue. We'll need to get our heads together and see what would be mutually beneficial and without strapping us with more debt for a long time.

Never a dull moment these days!

Jeff

**From:** Jeff Shrader [mailto:jeff.shrader@sprouselaw.com]
**Sent:** Thursday, October 02, 2014 4:21 PM
**To:** Twait, Jeff
**Subject:** RE: MovieStop docs

Jeff, thanks. I did get the email and attachments. Lots of moving parts in this little deal.

**Jeffrey G. Shrader**
**Sprouse Shrader Smith PLLC**
701 S. Taylor, Suite 500
P. O. Box 15008 (79105-5008)

Amarillo, Texas 79101
806.468.3305
806.373.3454 (fax)
jeff.shrader@sprouselaw.com

**CONFIDENTIALITY NOTICE**
This transmission and the accompanying documents or attachments contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named as recipient above, and may contain attorney-client communications. If you are not the intended recipient or have received this transmission in error, please reply to the sender and destroy all copies of the transmission. If you are unable to reply via e-mail, please contact Sprouse Shrader Smith P.C. at (806) 468-3300. Any disclosure, copying, distribution or taking of action in reliance on the contents of this transmission by unintended recipients is strictly prohibited, and may violate federal law.

**From:** Twait, Jeff [mailto:Jeff.Twait@goHastings.com]
**Sent:** Thursday, October 02, 2014 4:03 PM
**To:** Jeff Shrader
**Subject:** MovieStop docs

Jeff,

FYI, here's all the info/documentation I have on MovieStop. Final attachment is the original LOI that has a couple of changes suggested by Russ Howard, their CEO. Sounds like from talking with Alan that the rules of engagement are changing, I let Alexis and Cathy know so they can start framing up an LOI with Draw Another Circle as the Purchaser.

Let me know if you get this, I'm not sure if it's going to bounce due to the size.

Thanks,

Jeff
**Jeff Twait | CFO**
P (806) 677-1423  F (806) 351-2424
Jeff.Twait@goHastings.com
**When you go home,** www.goHastings.com



CONFIDENTIALITY NOTICE

This transmission and the accompanying documents or attachments contain confidential information belonging to the sender.
The information is intended only for the use of the individual or entity named as recipient above. If you are not the
intended recipient or have received this transmission in error, please reply to the sender and destroy all copies of
the transmission. If you are unable to reply via e-mail, please contact Hastings Entertainment at (806) 351-2300. Any
disclosure, copying, distribution or taking of action in reliance on the contents of this transmission by unintended
recipients is strictly prohibited and may violate federal law.

The information contained in this e-mail message may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender by return e-mail and delete all copies of this message.

## CONFIDENTIALITY NOTICE

This transmission and the accompanying documents or attachments contain confidential information belonging to the sender.
The information is intended only for the use of the individual or entity named as recipient above. If you are not the
intended recipient or have received this transmission in error, please reply to the sender and destroy all copies of

the transmission. If you are unable to reply via e-mail, please contact Hastings Entertainment at (806) 351-2300. Any
disclosure, copying, distribution or taking of action in reliance on the contents of this transmission by unintended
recipients is strictly prohibited and may violate federal law.

The information contained in this e-mail message may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender by return e-mail and delete all copies of this message.

**CONFIDENTIAL**                                                                                                          DAC0000040978