# EXHIBIT B

| | |
|---|---|
| **From:** | Michael Sosidka <michaels@necaonline.com> |
| **Sent:** | Thursday, April 16, 2015 1:13 PM |
| **To:** | Twait, Jeff <Jeff.Twait@goHastings.com> |
| **Subject:** | RE: Intercomany NECA and SP Images |

Thanks Jeff.

Michael Sosidka
**National Entertainment Collectibles Association (NECA)**
603 Sweetland Avenue
Hillside, New Jersey 07205-1799
(908) 686-3300 Ext. 5323

**From:** Twait, Jeff [mailto:Jeff.Twait@goHastings.com]
**Sent:** Thursday, April 16, 2015 2:01 PM
**To:** Michael Sosidka
**Subject:** RE: Intercomany NECA and SP Images

Amarillo National Bank
Plaza One, Box One
Amarillo, TX 79105-0001

Outgoing Wire - Advice of Debit

Date  04/16/2015

Account #        : ***90
Currency         :USD
USD Amount       : $1,621,500.00
FX Amount            :1,621,500.00
GFX Reference : 20151060028600
Receiving Bank:

Beneficiary      : 1000174507003
SP IMAGES
8635 WEST SAHARA AVE #664

LAS VEGAS, NV 89117

Beneficiary Info (OBI):
HASTINGS ENTERTAINMENT

Bank to Bank Info (BBI):

Reference for Beneficiary (RFB):

Fed Reference Number (IMAD):

**CONFIDENTIAL**

20150416MMQFMPDY000100

Beneficiary Bank:
061000104SUNTRUST BANK

For questions regarding wires, please call (806)378-8311.

CONFIDENTIAL AND PROPRIETARY:
This email message is intended only for the use of the individual or entity
to which it is addressed and may contain information that is privileged and
confidential, nor is it, unless specifically stated, intended to be relied
upon by any person or persons other than the individual or entity named above
and no warranties or representations are made or intended to persons or
entities not named above.  If the reader is not the intended recipient,
you are hereby notified that any dissemination, distribution or copying of
this communication is strictly prohibited.  If you have received this
communication in error, please notify us immediately by telephone, return
this message to the address above and delete all copies.  Thank you.

**From:** Michael Sosidka [mailto:michaels@necaonline.com]
**Sent:** Wednesday, April 15, 2015 12:13 PM
**To:** Twait, Jeff
**Subject:** RE: Intercomany NECA and SP Images

Today.
Sorry.

Michael Sosidka
**National Entertainment Collectibles Association (NECA)**
603 Sweetland Avenue
Hillside, New Jersey 07205-1799
(908) 686-3300 Ext. 5323

**From:** Twait, Jeff [mailto:Jeff.Twait@goHastings.com]
**Sent:** Wednesday, April 15, 2015 1:09 PM
**To:** Michael Sosidka
**Subject:** RE: Intercomany NECA and SP Images

All I need is $1.6 million. Other than that, I think we're good.

What's the timing on this?

Jeff

**From:** Michael Sosidka [mailto:michaels@necaonline.com]
**Sent:** Wednesday, April 15, 2015 12:00 PM
**To:** Twait, Jeff
**Subject:** Intercomany NECA and SP Images

I know Joel has been talking to Alan about sending us some money.  I assume you're in the loop.  The intercompany
amount due from SP Images to NECA is $1,621,500.  I confirmed this amount with Marsha the other day.
Is there anything else you need from me?

DAC0000068664

Michael Sosidka
**National Entertainment Collectibles Association (NECA)**
603 Sweetland Avenue
Hillside, New Jersey 07205-1799
(908) 686-3300 Ext. 5323

CONFIDENTIALITY NOTICE

This transmission and the accompanying documents or attachments contain confidential information belonging
to the sender.
The information is intended only for the use of the individual or entity named as recipient above. If you are not
the
intended recipient or have received this transmission in error, please reply to the sender and destroy all copies of

the transmission. If you are unable to reply via e-mail, please contact Hastings Entertainment at (806) 351-2300.
Any
disclosure, copying, distribution or taking of action in reliance on the contents of this transmission by
unintended
recipients is strictly prohibited and may violate federal law.

CONFIDENTIALITY NOTICE

This transmission and the accompanying documents or attachments contain confidential information belonging
to the sender.
The information is intended only for the use of the individual or entity named as recipient above. If you are not
the
intended recipient or have received this transmission in error, please reply to the sender and destroy all copies of

the transmission. If you are unable to reply via e-mail, please contact Hastings Entertainment at (806) 351-2300.
Any
disclosure, copying, distribution or taking of action in reliance on the contents of this transmission by
unintended
recipients is strictly prohibited and may violate federal law.