# EXHIBIT C

Message

**From**: Michael Sosidka [michaels@necaonline.com]
**Sent**: 2/24/2015 9:26:29 AM
**To**: Joel Weinshanker [joelw@necaonline.com]
**Subject**: Amounts owed to NECA and Joel

```
SP IMAGES JOEL 1,571,500.00
KIDROBOT NECA 1,798,411.88
GRACELAND HOLDINGS-O2 EVENT NECA 666,000.00
GRACELAND HOLDINGS-RETURN ABG'S SHARE OF ADVANCE NECA 400,000.00
GRACELAND HOLDINGS-INITIAL FUNDING NECA 320,000.00
MM AUCTIONS-FIRST GUARANTEE TO ABG JOEL 250,000.00
AUCTION A CIRCLE JOEL 120,000.00
NECA JOEL 1,000,000.00
```

Michael Sosidka

National Entertainment Collectibles Association (NECA)

603 Sweetland Avenue

Hillside, New Jersey 07205-1799

(908) 686-3300 Ext. 5323

WR004674