# EXHIBIT F

| | |
|---|---|
| **From:** | Twait, Jeff <Jeff.Twait@goHastings.com> |
| **Sent:** | Monday, August 3, 2015 8:35 AM |
| **To:** | Michael Sosidka <michaels@necaonline.com>; Van Ongevalle, Alan <Alan.VanOngevalle@goHastings.com> |
| **Subject:** | RE: SP Images funding |

We'll wire some money over this AM. Can you give us an estimate of how much needs to move over?

Jeff

**From:** Michael Sosidka [mailto:michaels@necaonline.com]
**Sent:** Monday, August 03, 2015 8:34 AM
**To:** Twait, Jeff; Van Ongevalle, Alan
**Subject:** SP Images funding

The ledger balance for SP is a negative $155k. Joel said NECA can't cover this. The AP checks cut last week are going to start coming through today and payroll needs to be funded as well. Please let me know what you can do to cover the shortage.
Thanks.

Michael Sosidka
**National Entertainment Collectibles Association (NECA)**
603 Sweetland Avenue
Hillside, New Jersey 07205-1799
(908) 686-3300 Ext. 5323

**CONFIDENTIAL**                                                                                                                                           DAC0000218001