# **EXHIBIT G**

| | |
|---|---|
| **From:** | Michael Sosidka <michaels@necaonline.com> |
| **Sent:** | Wednesday, August 12, 2015 8:30 AM |
| **To:** | Van Ongevalle, Alan <Alan.VanOngevalle@goHastings.com> |
| **Cc:** | Joel Weinshanker <joelw@necaonline.com> |
| **Subject:** | SP Images funding needed |
| **Attach:** | SP IMAGES CHECKING-ST.xlsx |

I used to send this to Jeff.
The SP Images account is in need of funds. I've attached the checking account log and put together the cash required below.

| | | |
|---|---|---|
| CHECKING LOG DEFICIT | 153,185.56 | |
| FEDERAL TAX DEPOSIT | 49,302.85 | FROM LANIKA-BEING DEBITED 8/14/15 |
| TOPPS CHECK | 20,657.00 | CHECK BEING OVERNIGHTED |
| FUNDING NEEDED | 223,145.41 | |

The checking log includes about $100k of checks I signed on Monday this week. None of those checks have cleared yet. I don't know if they've been mailed out, so there may be a little room there.

Can you arrange for a wire to be sent into the SP Images account today? $225k would cover everything but at least $125k needs to be funded.

Thanks,
Mike


Michael Sosidka
**National Entertainment Collectibles Association (NECA)**
603 Sweetland Avenue
Hillside, New Jersey 07205-1799
(908) 686-3300 Ext. 5323