# EXHIBIT H

| | |
|---|---|
| **From:** | Grant, Amanda <Amanda.Grant@goHastings.com> |
| **Sent:** | Thursday, May 5, 2016 8:16 AM |
| **To:** | Michael Sosidka <michaels@necaonline.com>; Huesers, Duane <Duane.Huesers@goHastings.com> |
| **Cc:** | Litwak, Jim <Jim.Litwak@goHastings.com> |
| **Subject:** | RE: Exhibit information |

Everything on the spreadsheet that I have been tracking is all of the cost directly related to the exhibit, the chapel, and the theatre that Hastings paid on behalf of EAC. Everything associated with the retail shop, Pop Goes the Shop, was recorded as assets or inventory on Hastings books. We have an additional $430k wrapped up in fixed asset cost and $469k in inventory in the retail shop that we cannot access at the moment. That puts Hastings at a net cash outlay of $1.375 million on the entire Elvis project.

Thanks,


**Amanda Grant | Corporate Controller**
P (806) 677-1634
Amanda.Grant@goHastings.com
**When you go home,** www.goHastings.com



---

**From:** Michael Sosidka [mailto:michaels@necaonline.com]
**Sent:** Thursday, May 05, 2016 7:57 AM
**To:** Huesers, Duane; Grant, Amanda
**Cc:** Litwak, Jim
**Subject:** RE: Exhibit information

Amanda can correct me if I'm wrong, but the invoices that Hastings paid that are included in the $475k were only for the Exhibit set up, security for the Exhibit, etc and did not include anything connected with the Shop itself.

Michael Sosidka
**National Entertainment Collectibles Association (NECA)**
603 Sweetland Avenue
Hillside, New Jersey 07205-1799
(908) 686-3300 Ext. 5323

The contents of this email and any attachments may be confidential and/or protected by intellectual property law. If you received this email in error or it is not intended for you, let me know and do not use, retain, or copy it.


**From:** Huesers, Duane [mailto:Duane.Huesers@goHastings.com]
**Sent:** Thursday, May 05, 2016 8:52 AM
**To:** Michael Sosidka <michaels@necaonline.com>; Grant, Amanda <Amanda.Grant@goHastings.com>
**Cc:** Litwak, Jim <Jim.Litwak@goHastings.com>
**Subject:** RE: Exhibit information

We provided the detail of what we paid on behalf of Pop Goes the Shop and what was received as a partial offset netting to the $475k (plus the inventory investment). What else can we help with?

Case 17-51041-JTD    Doc 24-8    Filed 06/07/18    Page 3 of 5

**Duane Huesers | CFO**
P (806) 677-1402
Duane.Huesers@goHastings.com
When you go home, www.goHastings.com



**From:** Michael Sosidka [mailto:michaels@necaonline.com]
**Sent:** Thursday, May 05, 2016 7:48 AM
**To:** Huesers, Duane; Grant, Amanda
**Cc:** Litwak, Jim
**Subject:** RE: Exhibit information

I spoke to Joel about this.
He said EAC can't pay anything until the legal situation with the hotel is resolved.
He wasn't sure about the Pop Goes the Shop matter. Whatever information you can give me I need right away. I have a phone call with the expert this morning and if it's EAC's cost, I need to understand what that means. I was under the impression it was part of Hastings all this time.

Michael Sosidka
**National Entertainment Collectibles Association (NECA)**
603 Sweetland Avenue
Hillside, New Jersey 07205-1799
(908) 686-3300 Ext. 5323

The contents of this email and any attachments may be confidential and/or protected by intellectual property law. If you received this email in error or it is not intended for you, let me know and do not use, retain, or copy it.

---

**From:** Huesers, Duane [mailto:Duane.Huesers@goHastings.com]
**Sent:** Tuesday, May 03, 2016 1:22 PM
**To:** Grant, Amanda <Amanda.Grant@goHastings.com>; Michael Sosidka <michaels@necaonline.com>
**Cc:** Litwak, Jim <Jim.Litwak@goHastings.com>
**Subject:** RE: Exhibit information

Michael –

Amanda updated the attached schedule showing activity in Pop Goes The Shop. We've spent $933k and have received payments of various kinds that reduced the $933k to $475k. This does not include the merchandise inventory in the store. I'm not sure where Pop Goes the Shop fits into the legal structure but I'm pretty sure it's not part of Hastings – which leads to an audit question as to collectability. What are your thoughts/expectations on when /whether we will receive the balance of $475k plus be able to recover our inventory?

Thanks

**Duane Huesers | CFO**
P (806) 677-1402
Duane.Huesers@goHastings.com
When you go home, www.goHastings.com



**From:** Grant, Amanda
**Sent:** Tuesday, May 03, 2016 8:36 AM

**CONFIDENTIAL**                                                                                      DAC0000068392

**To:** Michael Sosidka
**Cc:** Huesers, Duane; Pickett, Wendy
**Subject:** RE: Exhibit information

Here's the final worksheet. The Omni payments are included in the bottom section.

Thanks,

**Amanda Grant | Corporate Controller**
P (806) 677-1634
Amanda.Grant@goHastings.com
When you go home, www.goHastings.com



---

**From:** Michael Sosidka [mailto:michaels@necaonline.com]
**Sent:** Wednesday, April 27, 2016 1:15 PM
**To:** Grant, Amanda
**Cc:** Huesers, Duane; Pickett, Wendy
**Subject:** Exhibit information

Amanda.
Duane just told me you'll be there until the end of next week. Will you be able to give me:

1. The monthly reports of the activity for the exhibit from 1/1/16-until the exhibit ended.
2. Reconcile the final amount collected for ticket sales with Wendy from Graceland

Thank you.

Michael Sosidka
**National Entertainment Collectibles Association (NECA)**
603 Sweetland Avenue
Hillside, New Jersey 07205-1799
(908) 686-3300 Ext. 5323

The contents of this email and any attachments may be confidential and/or protected by intellectual property law. If you received this email in error or it is not intended for you, let me know and do not use, retain, or copy it.

CONFIDENTIALITY NOTICE

This transmission and the accompanying documents or attachments contain confidential information belonging to the sender.
The information is intended only for the use of the individual or entity named as recipient above. If you are not the
intended recipient or have received this transmission in error, please reply to the sender and destroy all copies of
the transmission. If you are unable to reply via e-mail, please contact Hastings Entertainment at (806) 351-2300. Any
disclosure, copying, distribution or taking of action in reliance on the contents of this transmission by
unintended

**CONFIDENTIAL**                                                                                                                          DAC0000068393

recipients is strictly prohibited and may violate federal law.

CONFIDENTIALITY NOTICE

This transmission and the accompanying documents or attachments contain confidential information belonging to the sender.
The information is intended only for the use of the individual or entity named as recipient above. If you are not the
intended recipient or have received this transmission in error, please reply to the sender and destroy all copies of

the transmission. If you are unable to reply via e-mail, please contact Hastings Entertainment at (806) 351-2300. Any
disclosure, copying, distribution or taking of action in reliance on the contents of this transmission by unintended
recipients is strictly prohibited and may violate federal law.

**CONFIDENTIAL**                                                                                                    DAC0000068394